Case 1:24-cv-00048-JPJ-PMS   Document 20   Filed 08/13/25   Page 1 of 1
Pageid#: 1179

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
August 13, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **DEREK RYAN ABSHER,** | |
| Plaintiff, | Case No. 1:24CV00048 |
| v. | **JUDGMENT** |
| **FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,** | JUDGE JAMES P. JONES |
| Defendant. | |

It appearing proper, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: August 13, 2025

/s/ JAMES P. JONES
Senior United States District Judge